PHILIP M. MILLER (SBN 87877)
ANNE M. BEVINGTON (SBN 11320)
JULIE A. OSTIL (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
abevington@sjlawcorp.com
jostil@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, BILL BRUNELLI, Trustee, JAMES H. BENO, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, Trustee, DOUGLAS CORNFORD, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>GOOD CHEVROLET, a California corporation,<br><br>Defendant. | Case No.: CV 11-01381 EDL<br><br>**REQUEST TO CONTINUE CASE MANGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:   September 6, 2011<br>Time:   10:00 a.m.<br>Courtroom E, 15th Floor<br>Magistrate Judge: Elizabeth D. Laporte |

Plaintiffs herein respectfully request that the Case Management Conference currently on calendar for September 6, 2011 at 10:00 a.m., be continued or vacated entirely, in anticipation of a filing of a Motion for Default Judgment by Plaintiffs.

1.   A Complaint was filed in this matter on March 23, 2011, to recover withdrawal liability owed by Defendant Good Chevrolet, a California Corporation ("Defendant") pursuant to the Employee Retirement Income Security Act of 1974 (ERISA) as amended by the Multi-Employer Pension Plan Amendments Act of 1980 (MPPAA).

-1-
REQUEST TO CONTINUE OR VACATE CMC; [PROPOSED] ORDER THEREON
Case No.:  CV 11-01381 EDL

2. An Order Granting Plaintiffs' Ex Parte Application for An Order Allowing for Service of Summons Upon the Secretary of State and Continue Initial Case Management Conference was issued on June 13, 2011. (Dkt. No. 12)

3. Pursuant to said Order filed on June 13, 2011, the Case Management Conference was rescheduled to 10:00 a.m. on September 6, 2011.

4. Service of the Summons, Complaint and Order Granting Plaintiffs' Ex Parte Application for An Order Allowing for Service of Summons Upon the Secretary of State and Continue Initial Case Management Conference on Defendant was effectuated on June 15, 2011. Record of Service of Process by California Secretary of State was filed with the Court on June 28, 2011. (Dkt. No. 14)

5. To date, Defendant has failed to plead or otherwise defend or appear in this action.

6. Plaintiffs filed a Request for Entry of Default on July 19, 2011. (Dkt. No. 15). The Clerk entered the Defendants' default on July 21, 2011. (Dkt. No. 16)

7. Plaintiffs will prepare a Motion for Default Judgment which they anticipate filing with the Court by September 16, 2011, and it will be noticed to be heard on Tuesday, October 25, 2011, at 9:00 a.m. Plaintiffs are requesting a continuance of the Case Management Conference to prepare the Motion for Default Judgment.

8. There are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for September 6, 2011, be vacated, or in the alternative be continued to Tuesday, October 25, 2011, to coincide with the hearing on the Motion for Default Judgment.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

///

Executed this 8th day of August, 2011, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
    Julie Ostil
    Attorneys for Plaintiffs

IT IS SO ORDERED.

    Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby vacated.

    or

    Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to coincide with the hearing on Plaintiffs' Motion for Default Judgment on Tuesday, October 25, 2011 at 10:00 a.m. All related deadlines are extended accordingly.

Date: __August 11, 2011_____     _____
    MAGISTRATE JUDGE ELIZABETH D. LAPORTE
    UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
*Judge Elizabeth D. Laporte*

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **August 8, 2011**, I served the following document(s):

**REQUEST TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for first class mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

> John F. Buono, Jr.
> Registered Agent for Service of Process
> Good Chevrolet
> 1237 Ballena Blvd.
> Alameda, CA   94501

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **August 8, 2011**, at San Francisco, California.

                                            /S/
                                       Barbara Savino
                                       Paralegal

-1-
**PROOF OF SERVICE**
**Case No.:  CV 11-01381 EDL**