IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>GOOD CHEVROLET,<br><br>          Defendant.<br>                                                    / | No. C 11-01381 SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

The Court has reviewed *de novo* the files and records in this case, and the November 23, 2011 Report and Recommendation issued by Magistrate Judge Laporte. No objection has been filed to Judge Laporte's Report and Recommendation. The Court concurs in Judge Laporte's findings and analysis, and finds that plaintiffs' motion for default judgment, fees and costs is properly supported and should be granted. The Court further concurs in Judge Laporte's determination that defendant should not be compelled to produce documents at this time, because there has been no showing that Plaintiffs have previously requested these documents from Defendant.

As such, plaintiff's motion is GRANTED and plaintiff is awarded judgment in the amount of $1,559,560.27; representing $1,225,562.00 in assessed withdrawal liability; $63,567.45 in interest from September 30, 2008 to October 25, 2011; $235.04 in daily interest from October 25, 2011 through the date of today's judgment totaling $11,281.92; $245,112.40 in liquidated damages; $8,801.50 in attorney's fees and $5,235.00 in costs. The Court also awards post-judgment interest at the legal rate on the entire judgment from the date of the judgment to the date of satisfaction pursuant to 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: December 14, 2011

SUSAN ILLSTON
United States District Judge