IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.,

        Plaintiffs,

  v.

GOOD CHEVROLET,

        Defendant.

No. C 11-01381 SI

**JUDGMENT**

In accordance with the Order Adopting the Report and Recommendation re: Plaintiffs' Motion for Default Judgment, judgment is hereby entered against Defendant in the amount of $1,559,560.27. The Court also awards post-judgment interest at the legal rate on the entire judgment from the date of the judgment to the date of satisfaction pursuant to 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: December 14, 2011

SUSAN ILLSTON
United States District Judge